### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICHARD SCOTT ROSE, | : | Case No. 2:23-cv-195 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Edmund A. Sargus |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| DALLAS BALDWIN, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

---

## ORDER

---

This case is presently before the Court upon Plaintiff's Motion to Stay and Notice of Change of Address (Doc. #13).  Plaintiff requests that the Court stay this case for four months. He states that he changed addresses and does not have all of his property, including his legal paperwork.  Plaintiff indicates that he will notify the Court when he receives his property. Although Plaintiff filed his Motion more than five months ago, Plaintiff has not informed the Court that he received his property.

As the time Plaintiff requested has elapsed, Plaintiff's Motion to Stay (Doc. #13) is **DENIED**.

Prior to Plaintiff filing his Motion, Defendant Dallas Baldwin filed a Motion to Dismiss (Doc. #10).  Given Plaintiff's change of address, it is not clear if Plaintiff received a copy of Defendant's Motion or the Court's Notice to Pro Se Plaintiff upon Filing of Defendant's Motion to Dismiss (Doc. #12).  Accordingly, the Clerk of Court is **DIRECTED** to send Plaintiff a copy of Defendant's Motion (Doc. #10) and the Court's Notice (Doc. #12).  Further, to allow Plaintiff an opportunity to respond, the undersigned hereby extends Plaintiff's response deadline to

**October 31, 2023**.  Plaintiff is advised that that the Court is unlikely to extend this time further absent extraordinary circumstances.

      **IT IS SO ORDERED.**

October 4, 2023                            *s/Peter B. Silvain, Jr.*

                                                 Peter B. Silvain, Jr.
                                                 United States Magistrate Judge